**[J-122-2016]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| ANGINO & ROVNER, P.C. | : | No. 65 MAP 2016 |
| | : | |
| Appellant | : | Appeal from the Order of the Superior |
| | : | Court entered January 5, 2016 at No. |
| | : | 941 MDA 2014, affirming the order of |
| v. | : | the Court of Common Pleas of Dauphin |
| | : | County, Civil Division, dated May 27, |
| | : | 2014 at No. 2012-CV-08019-CV |
| JEFFREY R. LESSIN & ASSOCIATES | : | |
| P.C. AND MONSOUR ZARREII A/K/A | : | ARGUED:  December 6, 2016 |
| MICHAEL ZARREII, | : | |
| | : | |
| Appellees | : | |

**ORDER**

**PER CURIAM**                                    **DECIDED:  February 22, 2017**

AND NOW, this 22nd day of February, 2017, the appeal is dismissed as having been **IMPROVIDENTLY GRANTED**.

Justices Donohue and Wecht dissent.